NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 11-0536 (JLL) |
| Complainant, | |
| v. | ORDER |
| DWYLAN JOHNSON | |
| Defendant. | |

This matter comes before the Court by way of Defendant Johnson's appeal of the sentence imposed upon him by the July 27, 2011 Order of United States Magistrate Judge Anthony Mautone. For the reasons set forth in the Court's corresponding Opinion,

**IT IS** on this __16__ day of April 2012,

**ORDERED** that the sentence imposed by the July 27, 2011 Order of Judge Mautone is vacated and the matter is remanded for resentencing in accordance with the factors set forth in 18 U.S.C. 3553(a).

**SO ORDERED.**

Jose L. Linares
United States District Court Judge